# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY PINEDA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GOLDEN VALLEY HEALTH CENTERS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 10-0847 LJO GSA<br><br>**ORDER TO DISMISS DEFENDANTS WHO HAVE NOT FILED ANSWERS**<br>(Doc. 13.) |

On July 27, 2010, plaintiffs filed a form not sanctioned by this Court to attempt to dismiss voluntarily defendants M. Cody, P.A., Leslie Dorfman, M.D., Dr. Nguyen, Stephen I. Ryu, M.D., Burnell Vassar, M.D., T. Wilson, M.D., and Michael Zeppa, M.D. Based on the record, this Court is unaware whether these defendants filed answers prior to removal to this Court. If these defendants filed answers, plaintiffs fail to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by appearing parties. As such, this Court DISMISSES M. Cody, P.A., Leslie Dorfman, M.D., Dr. Nguyen, Stephen I. Ryu, M.D., Burnell Vassar, M.D., T. Wilson, M.D., and Michael Zeppa, M.D. to the extent permitted under F.R.Civ.P. 41(a)(1)(A)(i). If any of these defendants have filed an answer, this Court ORDERS the parties to comply with F.R.Civ.P. 41(a)(1)(A)(ii).

This Court ADMONISHES all parties to comply with the Federal Rules of Civil Procedure and this Court's Local Rules and Standing Order.

**This Court DIRECTS the clerk NOT to close this action.**

　　　　IT IS SO ORDERED.

**Dated:　July 28, 2010**　　　　　　　　　　　/s/ Lawrence J. O'Neill

1    UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28